IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS TRAVIS COUNTY

Charles Lee
US.

STACEY Mathews

X
X   CASE NO. 03-15-00230-CV
X   Trial CASE NO. 03-798-K277
X
X

RECEIVED
AUG 1 1 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE JUDGES OF SAID COURT;

The undersigned petitioner/relator files this notice of
change of address and requests that the court's
docket in the above-styled cause be updated
accordingly.
My new address is as follows.

STREET  3614 Bill Price Rd

NAME Charles Lee Booking # 15-29214

City, STATE, ZIP. Delvallie Texas 78617

Respectfully submitted
Charles lee # 15-29214

CERTIFICATE OF SERVICE

I certify that on 8-6-2015 A true & correct copy of the
foregoing document was mailed prepaid by U.S. mail to the
following Hon STACEY Mathews. 277th 405 M.L.K. Blvd Box 6
Georgetown, Texas. 78626-0405, & JANA DUTY. District ATTY. 405. MLK
street Georgetown, Texas 78626 & District clerk P.O. Box 24 georgetown, Texas
78627. & clerk of the 3rd court of appeals P.O. Box 12547, Austin, Texas 78711-2547
1 of 1        X Charles lee

USA

ALSTIN TX 787
RIO GRANDE DISTRICT
08 AUG 2015 PM 5 L

3619 Bill Price Rd
bellville Texas 78617

Legal

attn: Court of Appeals
THird District
p.o.box 12547
AUSTIN, Texas 78711-2547

78711 2547 47